**No. 10-5091. Yusuf Howard, Petitioner v. United States.**

562 U.S. 903, 131 S. Ct. 239, 178 L. Ed. 2d 160, 2010 U.S. LEXIS 6012.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 369 Fed. Appx. 354.

**No. 10-5092. Walter J. Himmelreich, Petitioner v. United States.**

562 U.S. 903, 131 S. Ct. 240, 178 L. Ed. 2d 160, 2010 U.S. LEXIS 6388.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 175.

**No. 10-5093. Clarence Hendrix, Petitioner v. United States.**

562 U.S. 903, 131 S. Ct. 240, 178 L. Ed. 2d 160, 2010 U.S. LEXIS 6256.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 365 Fed. Appx. 10.

**No. 10-5094. Nafice Fields, Petitioner v. United States.**

562 U.S. 903, 131 S. Ct. 240, 178 L. Ed. 2d 160, 2010 U.S. LEXIS 6121.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 347 Fed. Appx. 782.

**No. 10-5095. Larry Flenoid, Petitioner v. United States.**

562 U.S. 903, 131 S. Ct. 240, 178 L. Ed. 2d 160, 2010 U.S. LEXIS 6122.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5096. Troy Antoine Hopkins, Petitioner v. United States.**

562 U.S. 903, 131 S. Ct. 240, 178 L. Ed. 2d 160, 2010 U.S. LEXIS 6360.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 370 Fed. Appx. 122.

**No. 10-5097. Marco Bates, Petitioner v. McKiether Bodison, Warden.**

562 U.S. 903, 131 S. Ct. 240, 178 L. Ed. 2d 160, 2010 U.S. LEXIS 6225.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 368 Fed. Appx. 335.